UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62462-CIV-SINGHAL/STRAUSS

JONATHAN K. LEWIS,

       Plaintiff,

vs.

CHIEF JUDGE OF THE 17TH JUDICIAL
CIRCUIT IN BROWARD COUNTY,

       Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on the Magistrate Judge's Report and Recommendation (DE [4]) recommending that this case be dismissed and that all pending motions be denied as moot. Plaintiff Jonathan K. Lewis *pro se,* seeks leave to proceed *in forma pauperis* and the Magistrate Judge screened Plaintiff's Complaint pursuant to 29 U.S.C. § 1915(e). Plaintiff filed this action seeking to compel the chief judge of the 17th Judicial Circuit in and for Broward County, Florida to review a settlement of a 1988 lawsuit brought on Plaintiff's behalf (he was a minor at the time). Plaintiff contends that $10,000 of the settlement proceeds were not disbursed to him. He seeks an order compelling Judge Carol Lisa Phillips to fix the order authorizing his settlement.

The Magistrate Judge recommended that the case be dismissed on multiple grounds, including 11th Amendment immunity, failure to state a claim for relief, and application of the *Rooker-Feldman* doctrine. Plaintiff sought an extension of time to file objections to the Report and Recommendation, which was granted in part and denied in part. Plaintiff's objections were due by January 21, 2026, but were not filed.

The Court has reviewed the entire file and record and has made a *de novo* review of the issues. The Court finds no error in the Report and Recommendation. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation (DE [4]) of the Magistrate Judge is **APPROVED AND ADOPTED**. This cause stands **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 22nd day of January 2026.

_____

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copy furnished by US Mail to Plaintiff, pro se